

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00577-CV

David **LEE**, Tina Gould, and Steve Jordan,
Appellants

v.

**CITY OF LIVE OAK** and City of Live Oak Board of Adjustment,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-17650
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellate court costs are taxed against David Lee, Tina Gould, and Steve Jordan. *See* TEX. R. APP. P. 42.1(d).

SIGNED October 16, 2024.

_____
Lori Massey Brissette, Justice